# Exhibit 3



COMPASS

City, Neighborhood, Address, School, ZIP Agent, ID | Close 8:25 on 80777-RLR | Document 1-4 | Entered on FLSD Docket 06/20/2021 Page 7 of 28
Compass Exclusives ▾   New Development ▾   Agents ▾   Register/Sign In

11781 St Andrews Place, Unit 105
ST ANDREWS AT POLO CLUB
Wellington, FL 33414

| $$,$$$ | 2 | 1,427 ft² |
| Price | Baths | $$$ / Sq. Ft. |
| | 2 Beds | 1,427 ft² |

✎ Save   ⤴ Share

Overview   Location   Property Info   Property History   Schools

Charming & impeccable turnkey furnished open floor Townhome 2/2.1 in desirable Gated St Andrews at Polo Club. Kitchen with Granite countertops and covered patio. Upstairs 2 Bedrooms each with its own bath. Master has a covered balcony, 1 car garage. Spectacular clubhouse and pool area, tennis squash. Close to all equestrian facilities.

Listed by Beatriz La Grave Llorasa - High Rise Prop Real Estate

## Property Details for 11781 St Andrews Place, Unit 105

| | | | |
|---|---|---|---|
| Subdivision | ST ANDREWS AT POLO CLUB CONDOMINIUM | Waterfront | No |
| Waterfront Details | None | View | Garden |
| Furnished | Furnished | Style | Efficiency, Townhouse Fee Simple, No Pool/No Water |

## Location

Compass ▸ FL ▸ Wellington ▸ Palm Beach Polo and Country Club ▸ 11781 St Andrews Place, Unit 105

[Map with property location]

Listing Courtesy of High Rise Prop Real Estate

⊕ Add your commute

## Building Information for 11781 St Andrews Place, Unit 105

| | | | |
|---|---|---|---|
| Building/Complex | ST ANDREWS AT POLO CLUB | Floor | 1 |
| Stories | 2 | Residences | 8 |
| Pet Policy | Allowed | Year Built | 2000 |
| Lot Size | 0.03 AC / 1,427 SF | | |

## Property Information for 11781 St Andrews Place, Unit 105

### Summary

**Location and General Information**
- Directions: From Rout Rd (T-640) west to Forest Hill Blvd. Left to South Shore Blvd, left to St Andrews at Polo Club.
- Geo Area: Palm Beach 5520 5530 5570 5580
- Miscellaneous: Central A/C
- Subdivision Number: ST ANDREWS AT POLO CLUB CONDOMINIUM
- Municipal Code: Wellington
- State: FL
- City Portal ID: 33414
- MLS Area: 5520
- MLS Sub-Area: 9824

**Parking**
- Carport Spaces: 0
- Garage Spaces: 1

**Property**
- Lot Information
  - Area: 5520
  - Bldg #: 11781
  - Front Exp: Southwest
  - Lot Description: < 1/4 Acre
  - Parcel ID: 73434346660212092
  - Property Group ID: 20009092037179366250000000
  - Sq Ft Total: 1,427
  - Square Ft Source: Tax Rolls
  - 70 Units in Complex: 0
  - Front Exposure: Southwest

**Parking: Assigned Parking, Driveway, Garage - Attached**
- Taxes and HOA Information
  - Comm Trans Brk: 55
  - Governing Bodies: HOA
  - HOA: No, Hopa
  - Association Deposit: No
  - Application Fee: $100.00
  - Type of Governing Bodies: HOA

**Virtual Tour**
- Unbranded Virtual Tour: https://www.propertypanorama.com/11781-St-Andrews-Place-105-Wellington-FL-33414/unbranded

**Property and Assessments**
- For Sale: No
- Legal Desc: ST ANDREWS AT POLO CLUB CONDOMINIUM UNIT 12-105
- Unit Floor #: 1
- Unit Desc: Efficiency
- Sq Ft Liv Area: 14272
- Legal Description: ST ANDREWS AT POLO CLUB CONDOMINIUM 12-105

**Utilities**
- Comm Renewable: No

**Interior and Exterior Features**

**Exterior Features**
- Equipment Included: Auto Garage Open, Dishwasher, Dryer, Fire Alarm, Microwave, Range, Refrigerator, Washer
- Exterior Features: Covered Balcony, Covered Patio
- Private Pool: No
- Cooling: Central, Unspecified
- Storm Protection: Panel Shutters Complete
- Subdiv Amenities: Clubhouse, Fitness Center, Pool, Tennis
- Subdiv Amenities: Washer and Dryer
- Gated Community: Yes: Yes

**Interior Features**
- Heating: Central
- Flooring: Carpet, Ceramic Tile, Laminate

**Heating and Cooling**
- Heating: Central
- Interior Features: Split Bedroom, Walk-In Closet
- Main Level Bedrooms: 2
- Main Level Bathrooms: 2
- Guest Accommodations: No
- Master Bath Features: Dual Sinks, Mbr Bdrm - Upstairs, Spa Tub & Shower
- Master Bathroom Description: Dual Sinks, Mbr Bdrm - Upstairs, Spa Tub & Shower
- Baths Total: 2

**Master Bedroom**
- Primary Bedroom/Bath: Dual Sinks, Mbr Bdrm - Upstairs, Spa Tub & Shower

**Multi-Family**

**Multi-Family Information**
- Tenant Pays: Cable, Electric, Insurance, Taxes

**Rental**

**Rental Information**
- Pet Restrictions: Restrictions or Possible Restrictions
- Pets on Premises: No
- Damage Deposit: $5,000.00
- Total Floors in Bldg: 2.00
- Management Phone: (561)429-2160
- Management Co OBS Community Management
- Min Days for Lease: 180.00
- Cleaning Fee: $250.00
- Move-in Requirements: Full Payment + Tourist Tax of 13%. Apply and be approved by HOA 1 month prior to move in.
- Payment Frequency: In Full
- Rental Info 1st Month Deposit: $1,900.00
- Rental Info Last Month Deposit: $1,900.00
- Rental Info Additional Rent: $1,900.00

- Rental Info: January: Seasonal
- Rental Info: February: Seasonal
- Rental Info: March: Seasonal
- Rental Info: April: Seasonal
- Rental Info: May: Seasonal
- Rental Info: June: Off Seasonal
- Rental Info: July: Off Seasonal
- Rental Info: August: Off Seasonal
- Rental Info: September: Not Available
- Rental Info: October: Not Available
- Rental Info: November: Not Available
- RentSpree Screening: No
- Other Fees: $100
- Pets Allowed: Restricted

## Property History for 11781 St Andrews Place, Unit 105

| Date | Event & Source | Price | Appreciation |
|---|---|---|---|
| Oct 30, 2023 | Pending RAPB #RX-13912751 | — | — |
| Aug 22, 2023 | Listed (Active) RAPB #RX-13912751 | $3,900 | — |
| May 7, 2020 | Cancelled RAPB #RX-10670283 | — | — |

View More ▾

Compass offers displays from multiple box record list source data the MLS record and the public record.

## Schools near 11781 St Andrews Place, Unit 105

This home is within Palm Beach.

| Rating | School | Type | Grades | Distance |
|---|---|---|---|---|
| R /10 | Elbridge Gale Elementary School | Public - Serves this home | PK to 5 | 0.3 mi |
| 8 /10 | Polo Park Middle School | Public - Serves this home | 6 to 8 | 1.1 mi |
| 7 /10 | Wellington High School | Public - Serves this home | 9 to 12 | 2.1 mi |
| 10 /10 | Somerset Academy of the Arts | Charter - Charter school | 6 to 12 | 10 mi |

View More ▾

School rating and data tables are provided by GreatSchools.org and Pitney Bowes. This information should only be used as a reference. As a matter of a boundaries change, there may be out a guarantee of enrollment. Please reach out to a school directly to verify enrollment information eligibility.

No guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property condition), such should be independently verified, and Compass expressly disclaims any liability in connection therewith. No financial or legal advice provided. Equal Housing Opportunity. © Compass 2023.

### Listing information provided in part by the [BeachesMLS].

By guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property condition), and should be independently verified, and Compass expressly disclaims any liability in connection therewith. No financial or legal advice provided.

Based on information from a one of the following Multiple Listing Services: Miami Dade County REALTORS® of the Treasure Coast, Inc., Miami Association of REALTORS® information being provided is for the visitor's personal household use and may not be used for any purpose other than to identify prospective properties the visitor may be interested in purchasing. The data contained herein is copyrighted by Beaches Multiple Listing Service, Inc., Florida Gulf Coast MLS, Realtor Association of Miami-Dade, Inc., and is protected by all applicable copyright laws. Any dissemination of this information is in violation of copyright laws and is strictly prohibited. Copyright © 2023 Miami Association of REALTORS®, Regional MLS, and South East Florida Regional MLS databases. The information being provided is for consumer's personal, non-commercial use and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing. Information deemed reliable but not guaranteed. Copyright © 2023 of the REALTOR Association. All rights reserved.

## Company
About Us
Team
Sales Leadership
Investors
Join as an agent
Careers
Contact Us
Offices
Newsroom

## Explore
Concierge
Private Exclusives
Coming Soon
Mortgage Calculator
Diversity & Inclusion
Blog
Neighborhood Guides
New Development
Commercial
Sports & Entertainment
History
External Suppliers Site
Market Research
Recently Sold Homes
Sitemap

## Mobile Apps
[App Store]
[Google Play]

Do Not Sell My Personal Information   Terms of Service   Privacy Center   Scam
Avoidance   Responsible Disclosure   Licenses   TX Real estate information here Form
California Inhabitants   California CCPA, COVID-19 Rules of Entry and Your CA Privacy Rights

COMPASS, the Compass logo, and other related marks are registered trademarks; the registered and unregistered trademarks of Compass. No. Use, Compass in the U.S. and/or other countries.

Corporate Responsibility, Privacy & Legal Notices: Compass is a licensed real estate broker, licensed to do business as Compass RE in Delaware, Idaho, New Jersey, Pennsylvania and Tennessee. Compass Real Estate in Washington, DC, New Hampshire, Vermont, Maine, Wyoming and Idaho. Compass Realty Group in Missouri and Kansas, and Compass Carolinas, LLC in South Carolina. California License #01991628, 1527235, 1527365, 1356742, 1443761, 1997075, 1935359, 1961027, 1842987, 1869607, 1866771, 1527205. Compass is a real estate broker licensed by the State of California and abides by Equal Housing Opportunity laws. All material presented herein is intended for informational purposes only and is compiled from sources deemed reliable but has not been verified. Changes in price, condition, sale or withdrawal may be made without notice. No statement is made as to accuracy of any description. All measurements and square footage are approximate. This is not intended to solicit property already listed. Nothing herein shall be construed as legal, accounting or other professional advice outside the realm of real estate brokerage.

New York Fair Housing Notice
New York Standard Operating Procedures
TREC: Information About Brokerage Services, Consumer Protection Notice

Compass does not discriminate against voucher holders pursuant to applicable law

BEACHES MLS

PROPERTIES     DEVELOPMENTS     COMPANY     MARKETING     RESOURCES

Properties › Palm Beach › WebID 3124853

## 11750 St Andrews Place Apt: 204
## Wellington, FL 33414

Share     Favorite

Palm Beach

### PROPERTY

| | |
|---|---|
| Type: | Condo |
| Bedrooms: | 2 BR |
| Bathrooms: | 2 |
| Pets: | Pets Case By Case |
| Area: | 5520 sq ft |

### FINANCIALS

| | |
|---|---|
| Rent | $5,800 |

Palm Beach, FL
Deborah L. Ginsburg
150 Worth Ave, Palm Beach, FL 33480
Phone: +1561-725-9229
deborahg@nestseekers.com
Courtesy of High Rise Prop Real Estate

### Contact

Email

First name

Last name

Phone

☑ schedule a showing

☐ request more information

Message

Send

## Beautiful furnished turnkey 2 bedroom 2 bath Condo in desirable Gated community of St Andrews.





map  bird's eye  street view



### DESCRIPTION

Beautiful furnished turnkey 2 bedroom 2 bath Condo in desirable Gated community of St Andrews. Very private and quite location, all tiled. Enjoy amazing resort style amenities inside the community fitness room, pool, jacuzzi, tennis court, racquet court. Close to all equestrian facilities.

Unbranded Virtual Tour: https://www.propertypanoramas.com/11750-St-Andrews-Place-204-Wellington-FL-33414/unbranded

### AMENITIES

| | | |
|---|---|---|
| < 1/4 Acre | 2 Master Suites | Cable |
| Central AC | Ceramic Tile | Clubhouse |
| Commercial Vehicles Prohibited | Dishwasher | Disposal |
| Dryer | Electric | Fitness Center |
| Garage - Detached | Great | Insurance |
| Laundry-Inside | Laundry-Util/Closet | Maximum # Vehicles |
| Microwave | No Boat | No RV |
| No Smoking | Pool | Range |
| Refrigerator | Spa-Hot Tub | Split Bedrooms |
| Tenant Approval | Tennis | Turnkey |
| Walk-in Closet | Washer | |

All information furnished regarding property for sale, rental or financing is from sources deemed reliable, but no warranty or representation is made as to the accuracy thereof and same is submitted subject to errors, omissions, change of price, rental or other conditions, prior sale, lease or financing or withdrawal without notice. International currency conversions where shown are estimates based on recent exchange rates and are not official asking prices.

All dimensions are approximate. For exact dimensions, you must hire your own architect or engineer.

NestSeekers
INTERNATIONAL

505 Park Avenue, New York, NY 10022
+1 (212) 252-8772
+1 (800) 330-4906

JOIN OUR NEWSLETTER

Email address          Subscribe

| PROPERTIES | DEVELOPMENTS | COMPANY | MARKETING | RESOURCES |
|---|---|---|---|---|
| Manhattan | In Progress | About | List your property | For Buyers |
| Hamptons | International | People | Projects & Development | For Sellers |
| Los Angeles | Case Studies | Careers | Insights | For Renters |
| Palm Beach | Development Marketing | Offices | Social Media | For Developers |
| United Kingdom | New York | Press Room | Big Media | Sports & Entertainment |
| Colorado | United Kingdom | Join Us | Selling The Hamptons | Corporate Relocation |
| Miami | Florida | Privacy Policy | Million Dollar Beach House | Guides |
| Brooklyn | New Jersey | | Million Dollar Listing | Neighborhoods |
| New Jersey | Los Angeles | | Publications | Mortgages and Finance |
| LIC / Queens | Portugal | | | Market Reports |
| Gold Coast LI | Italy | | | |
| Connecticut | Mexico | | | |
| Portugal | Asia | | | |
| Spain | | | | |
| Caribbean Islands | | | | |
| France | | | | |
| Italy | | | | |
| Mexico | | | | |
| Greece | | | | |

OFFICE LOCATIONS     CONTACT     TERMS OF USE     PRIVACY POLICY

LICENSED REAL ESTATE BROKER NY, CA, FL, CT, NJ, CO, UK, PT, IT, PR, ES  ·  LICENSED YACHT BROKER  ·  TEL 800.330.4906  ·  © 2002-2023 NEST SEEKERS LLC

Manhattan Apartments For Sale · Manhattan Apartments For Rent · New Developments · Hamptons Real Estate · Brooklyn Apartments For Sale · Brooklyn Apartments Rentals ·
Los Angeles Homes For Sale · Los Angeles Houses For Sale · Connecticut Houses For Sale · Greenwich Properties For Sale · Greenwich Rentals ·
Colorado Properties For Sale · Colorado Rentals · New Jersey Properties For Sale · New Jersey Rentals · New Jersey Apartments For Sale · Queens Apartments Rentals ·
Miami Properties For Sale · Miami Rentals · London Properties For Sale · London Lettings · Portugal Properties For Sale · Portugal Rentals · Spain Properties For Sale · Spain Rentals ·
France Properties For Sale · France Rentals · Italy Properties For Sale · Italy Rentals · Caribbean Islands Properties For Sale · Caribbean Islands Rentals · Commercial Real Estate ·
International Real Estate · RSS feeds

The Nest Seekers Beverly Hills office is owned by a subsidiary of Nest Seekers LLC. BRE# 01934785
AML Supervision Number Nest Seekers Europe Ltd - Ref - XRML0000120957
Standard Operating Procedure §442-H
UK In-house Complaints Procedure
Client Money Protection
UK Rental Fees Disclosure

 



View all photos

11750 St Andrews Place, Unit 204 | $5,800 | 2 Bed | 2 Baths | 1,223 SqFt










32 of 32

# 11750 St Andrews Place

Close ✕

## Photos

 561-313-7725    Send Message











### More about this property

📞 (561) 313-7725

Full name*



**FRANKEL-BALL** realty

(Undisclosed Address), Wellington, FL 33414 **$5,900**

MLS® # RX-10913701

‹ Back to Results



| 2 | 3 | 1,427 | 141 |
|---|---|---|---|
| BEDROOMS | BATHROOMS | SQ. FEET | DAYS ON MARKET |

VIRTUAL TOUR

Charming & impeccable turnkey furnished open floor Townhome 2/2.1 in desirable Gated St Andrews at Polo Club. Kitchen with Granite countertops and covered patio. Upstairs 2 Bedrooms each with its own bath. Master has a covered balcony. 1 car garage. Spectacular clubhouse pool area, tennis squash, Close to all equestrian facilities.

🗨 INQUIRE    🗺 TOUR    ☍ SHARE    🖨 PRINT

### SCHEDULE A TOUR

| Wed 10 JAN | Thu 11 JAN | Fri 12 JAN | Sat 13 JAN |
|---|---|---|---|

PICK YOUR AVAILABILITY

9:00 AM   to   10:00 AM     SCHEDULE SHOWING

## Property

### Location
**Neighborhood** ST ANDREWS AT POLO CLUB CONDOMINIUM
**Address** N/A
**City** Wellington
**State** FL

### Size And Restrictions
**Restrictions** No Smoking, Tenant Approval

### Features
**View** Garden

### Improvements
**Property Subtype** Townhome
**Fence** No
**Sprinkler** No

### Market
**Date Listed** August 22nd, 2023
**Days On Market** 141
**Estimated Payment**

## Interior

### Bedrooms And Bathrooms
**Bedrooms** 2
**Bathrooms** 3.00

### Heating And Cooling
**Heating** Central
**Air Conditioning** Central

### Interior Features
**Features** Split Bedrooms, Walk-In Closet

## Building

### Building Information
**# Of Stories** 2

### Garage And Parking
**Garage** Assigned, Garage - Attached, Driveway

### Energy Efficiency
**Building Faces** Southwest

### Property Features
**Exterior Features** Covered Balcony, Covered Patio

## Community

### Home Owners Association
**HOA Membership (Monthly)** Yes

### Amenities
**Gated Community** Yes
**Area Amenities** Clubhouse, Exercise Room, Pool, Tennis

### Info
**Office** High Rise Prop Real Estate

## Map & Directions

This listing is not able to be mapped at this time.

## Contact Us About This Property

**Ask About this Property** | Request a Showing

| First Name | Last Name |
|---|---|

| Email | Phone (optional) |
|---|---|

Please provide a valid email address.

I was searching for a Property and found this listing (MLS® #RX-10913701). Please send me more information regarding N/A, Wellington, FL, 33414. Thank you!

SEND INQUIRY

## Similar Listings



**13519 Fountain View Blvd, Wellington, FL - $6,500**
Rental, Townhouse

| 3 BEDS | 3 BATHS | 1,755 SQFT | 88 DOM |
|---|---|---|---|

VIEW DETAILS
More Photos   Save
Douglas Elliman (Wellington)

**N/A, Wellington, FL - $4,500**
Rental, Townhouse

| 3 BEDS | 2 BATHS | 1,437 SQFT | 100 DOM |
|---|---|---|---|

VIEW DETAILS
More Photos   Save
Keller Williams Realty - Well

**1111 Staghorn St, Wellington, FL - $6,500**
Rental, Townhouse

| 3 BEDS | 2 BATHS | 3,348 SQFT | 154 DOM |
|---|---|---|---|

VIEW DETAILS
More Photos   Save
The Keyes Company

BEACHESMLS   All listings featuring the BMLS logo are provided by BeachesMLS, Inc. This information is not verified for authenticity or accuracy or is not guaranteed. Copyright ©2024 BeachesMLS, Inc.

Listing information last updated on January 10th, 2024 at 4:00pm EST.

### OUR GUARANTEE
"Our agents of the Palm Beaches are highly trained, luxury real estate professionals who all believe that integrity, expertise, and a concierge level of service are the cornerstones of their business. Trust the largest transaction of your life to proven professionals." — Brad Ball, Broker/Owner

### TESTIMONIALS
My husband and I are the proud and happy new owners of a home in Admirals Cove! This would not have happened without the professional and impressive help of our Realtor, Richard Wood. We met Richard...
— Gail and Charles Zagerman, Admirals Cove Residents

VIEW ALL

### CONTACT
Frankel Ball Realty Group, LLC
Jupiter, Florida 33458
Tel: (561) 427-2154
Fax (561) 745-2666
Google Map

Copyright © 2024 Frankel Ball Realty Group, LLC   Privacy Policy | Terms of Service | Listings Sitemap | Sitemap | Fair Housing

REAL ESTATE WEBMASTERS

COMPASS

11781 St Andrews Place, Unit 105
ST ANDREWS AT POLO CLUB
Wellington, FL 33414

City, Neighborhood, Address, School, ZIP, Agent, ID

Buy ▾   New Development ▾   Agents ▾          Register/Sign In

Case 8:25-cv-80777-RLR   Document 1-4   Entered on FLSD Docket 06/2025/2025   Page 1 of 1

Compass Exclusives ▾   Compass Concierge ▾

$3,900   2   2   1,427 Sq. Ft.
Price   Beds   Baths   $60 / Sq. Ft.

⊙ Save    ↗ Share

Overview    Location    Property Info    Property History    Schools

View All    Map    Street View

Charming & impeccable turnkey furnished open floor Townhome 2/2.1 in desirable Gated St Andrews at Polo Club. Kitchen with Granite countertops and covered patio. Upstairs 2 Bedrooms each with its own bath. Master has a covered balcony. 1 car garage. Spectacular clubhouse and pool area, tennis squash. Close to all equestrian facilities.

Listed by Beatriz La Grone Llanezo - High Prop Real Estate

## Property Details for 11781 St Andrews Place, Unit 105

| | | | |
|---|---|---|---|
| Subdivision | ST ANDREWS AT POLO CLUB CONDOMINIUM | Waterfront | No |
| Waterfront Details | None | View | Garden |
| Furnished | Furnished | Style | Efficiency, Townhouse Fee Simple, No Pool/No Water |

Listing details is shown as Pending

| Status | Pending |
|---|---|
| MLS # | RX-10931351 |
| Days on Market | 90 |
| Rental Incentives | No Fee |
| Available Date | 01/01/2024 |
| Lease Term | Seasonal |
| Furnished | |
| Property Type | Rental |
| Property SubType | Rental / Townhouse |
| Year Built | 2000 |
| Lot Size | 0.01 AC / 1,427 SF |
| County | Palm Beach County |

### Building

🏢 ST ANDREWS AT POLO CLUB
2 Stories · 2 Units · Built in 2000

### Listing Agent

Beatriz La Grone Llanezo
High Prop Real Estate
baralezo@highpropertiesnet
P: (561) 313-7700
M: (561) 313-7700

CONTACT AGENT(S)

Name

Email

Phone

I would like more information about 11781 St Andrews Place, Unit 105

☐ Click here if you want pre-qualification information from Virginia Hu. We use a licensed mortgage lending company (NMLS #...).

By clicking "send message," you expressly agree that Compass may use an automatic telephone dialing system or artificial/pre-recorded voice to contact you regarding your inquiry, including with calls or text messages to any number(s) you provide, including by automated phone system. You consent to receive such messages even if your number is on a Do Not Call list. See Terms of Service and Privacy Policy.

**Send Message**

## Location

Compass ▸ FL ▸ Wellington ▸ 33414 ▸ Palm Beach Polo and Country Club ▸ 11781 St Andrews Place, Unit 105

Map   Satellite

Listing Courtesy of High Prop Real Estate

＋ Add your commute

## Building Information for 11781 St Andrews Place, Unit 105

| | | | |
|---|---|---|---|
| Building/Complex | ST ANDREWS AT POLO CLUB | Floor | |
| Stories | 2 | Residences | 2 |
| Pet Policy | Allowed | Year Built | 2000 |
| Lot Size | 0.03 AC / 1,427 SF | | |

## Property Information for 11781 St Andrews Place, Unit 105

**Summary**

**Location and General Information**
- Directions: From Polo Blvd (1464) west to Forest Hill Blvd. Left to South Shore Blvd, left to St Andrews at Polo Club.
- Geo Area: Palm Beach (5520, 5530, 5570, 5580)
- Miscellaneous: Central A/C
- Street Number: 11781
- Subdivision Complex Bldg: ST ANDREWS AT POLO CLUB CONDOMINIUM
- Municipal Code: Wellington
- State: FL
- City Postal ID: 33414
- MLS Area: 5520
- MLS Area: 5520, 5550 FBGX

**Parking**
- Carport Spaces: 1
- Garage Spaces: 1

**Property**

**Parking:** Assigned Parking, Driveway, Garage – Attached

**Taxes and HOA Information**
- Comm Fees Srv: 55
- Governing Bodies: HOA
- HOA: Yes, Hopla
- Association Deposit: No
- Application Fee: $150.00
- Type of Governing Bodies: HOA

**Virtual Tour**
- Unbranded Virtual Tour: https://www.propertypanorama.com/11781-St-Andrews-Place-105-Wellington-FL-33414/unbranded

**Lot Information**
- Area: 5520
- Bldg #: 11781
- Front Exp: Southwest
- Lot Description: < 1/4 Acre
- Parcel ID: 73434524600250090
- Property Group ID: 20030809203775386256300000
- Sq Ft Total: 1,427
- Square Ft Source: Tax Rolls
- Tfr Units in Complex: 0
- Front Exposure: Southwest

**Property and Assessments**

**For Sale by:**
- Legal Desc: ST ANDREWS AT POLO CLUB CONDOMINIUM UNIT 12-105
- Unit Floor #: 1
- Unit Desc: Efficiency
- Sq Ft Liv Area: 14272
- Legal Description: ST ANDREWS AT POLO CLUB CONDOMINIUM ID-955

**Utilities**
- Comm Renewable: No

**Interior and Exterior Features**

**Exterior Features**
- Equipment Included: Auto Garage Open, Dishwasher, Dryer, Fire Alarm, Microwave, Range, Refrigerator, Washer
- Exterior Features: Covered Balcony, Covered Patio
- Private Pool: No
- Construction: CBS
- Storm Protection: Panel Shutters Complete
- Subdiv Amenities: Clubhouse, Fitness Center, Pool, Tennis
- Laundry Appliances: Washer and Dryer
- Gated Community: Yes: Yes

**Interior Features**
- Cooling: Central
- Flooring: Carpet, Ceramic Tile, Laminate

**Heating:** Central
**Interior Features:** Split Bedroom, Walk-In Closet
- Main Level Bedrooms: 2
- Main Level Bathrooms: 2
- Guest Accommodations: No
- Master Bath Features: Dual Sinks, Mbr Bdrm – Upstairs, Spa Tub & Shower
- Master Bathroom Description: Dual Sinks, Mbr Bdrm – Upstairs, Spa Tub & Shower
- Baths Total: 2

**Master Bedroom**
- Primary Bedroom/Bath: Dual Sinks, Mbr Bdrm – Upstairs, Spa Tub & Shower

**Multi Family**

**Multi-Family Information**
- Tenant Pays: Cable, Electric, Insurance, Taxes

**Rental**

**Rental Information**
- Pet Restrictions: Restrictions or Possible Restrictions
- Pets on Premises: Yes
- Damage Deposit: $5,000.00
- Total Floors in Bldg: 2.00
- Management Phone: (561)429-2260
- Move-In Requirements: First, Last, Security
- Management Co OBS Community Management
- Min Days for Lease: 120.00
- Cleaning Fee: $250.00
- Move-in Requirements: Full Payment + Tourist Tax of 13%, Apply and be approved by HOA 1 month prior to move in.
- Payment Frequency: In Full
- Rental Info 1st Month (Seasonal): $3,900.00
- Rental Info 2nd Month (Seasonal): $3,900.00
- Rental Info April (Seasonal): $3,900.00

- Rental Info: January: Seasonal
- Rental Info: February: Seasonal
- Rental Info: March: Seasonal
- Rental Info: May: Seasonal
- Rental Info: June: Off Seasonal
- Rental Info: July: Off Seasonal
- Rental Info: August: Off Seasonal
- Rental Info: September: Not Available
- Rental Info: October: Not Available
- Rental Info: November: Not Available
- Rent/Space Screening: No
- Cleaning Fee: $100.00
- Other Fees: $50
- Pets Allowed: Restricted

## Property History for 11781 St Andrews Place, Unit 105

| Date | Event & Source | Price | Appreciation |
|---|---|---|---|
| Oct 30, 2023 | Pending<br>RAPB-MIA / GFLMLS | — | — |
| Aug 22, 2023 | Listed (Active)<br>RAPB-MIA / GFLMLS | $3,900 | — |
| May 7, 2020 | Cancelled<br>RAPB-MIA / GFLMLS | — | — |

View More ▾

Disclaimer: Compass often displays non-record to its own data. We note that the MLS record and sale public record.

## Schools near 11781 St Andrews Place, Unit 105

This home is within Palm Beach.

| Rating | School | Type | Grades | Distance |
|---|---|---|---|---|
| ★ n/a | Elbridge Gale Elementary School | Public - Serves this home | PK to 5 | 0.3 mi |
| ★ 8/10 | Polo Park Middle School | Public - Serves this home | 6 to 8 | 0.9 mi |
| ★ 7/10 | Wellington High School | Public - Serves this home | 9 to 12 | 2.1 mi |
| ★ n/a | Somerset Academy of the Arts | Charter - Charter school | | 1.2 mi |

View More ▾

School rating and reviews are provided by GreatSchools.org and Niatey Reviews. This information should only be used as a reference. Proximity or boundaries shown here are not a guarantee of enrollment. Please verify school data to directly with the county or your school district.

By guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property condition), and should be independently verified, and Compass expressly disclaims any liability in connection therewith. No financial or legal advice provided. Equal Housing Opportunity. © Compass in the U.S. and/or other countries.

Based on information from one of the following Multiple Listing Services: Beaches Multiple Listing Service, Inc., Martin County MLS/COSM of the Treasure Coast, Inc., Miami Association of REALTORS®. Information being provided is for the visitor's personal, non-commercial use and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing. The data contained herein is copyrighted by Beaches Multiple Listing Service, Inc., Martin County MLS/COSM of the Treasure Coast, Inc., Miami Association of REALTORS® and is protected by all applicable copyright laws. Any dissemination of this information is in violation of copyright laws and is strictly prohibited. Copyright © 2025 Beaches Multiple Listing Service, Inc., Martin County MLS/COSM of the Treasure Coast, Inc., Miami Association of REALTORS®. All rights reserved.

🏖 BEACHES MLS

**Company**
About Us
Team
Careers
Investors
Join as an agent
Contact Us
Offices
Newsroom

**Explore**
Concierge
Private Exclusives
Compass Coming Soon
Listings
Agents
Mortgage Calculator
Diversity & Inclusion
Blog
Neighborhood Guides
New Development
Commercial
Sports & Entertainment
Military
External Suppliers Site
Market Research
Recently Sold Homes
Sitemap

**Mobile Apps**
App Store
Google Play

Do Not Sell My Personal Information  Terms of Service  Privacy Center  Scam
Avoidance  Responsible Disclosure  Licenses  & 1–877–license phone number button
licensed to do business on Complaint B. Delaware, Idaho, New Jersey, Pennsylvania and
Tennessee. Compass Real Estate Broker in Washington, DC, New Hampshire, Vermont, Maine, Wyoming
and Idaho. Compass Realty Group in Missouri and Kansas, and Compass Carolinas, LLC in South
Carolina. California License #01991628. 1527932. NMLS# 1450986. AK 1450986. 919658. 919529, 919529,
919657, 919747, 984647, 984648. 804773, 927076. 979659. 927076 permission or
representation of any kind is made regarding the completeness or accuracy of descriptions or
measurements (including square footage measurements and property condition), and should be
independently verified, and Compass expressly disclaims any liability in connection therewith. No
financial or legal advice provided. Equal Housing Opportunity. © Compass 2025 Terms & Conditions.

Texas Real Estate Commission Information About Brokerage Services
Texas Real Estate Commission Consumer Protection Notice

New York Texas Fair Housing Notice
New York State Standard Operating Procedures
TREC: Information About Brokerage Services for Prospective Tenants

Compass does not discriminate against voucher holders pursuant to applicable law




(Undisclosed Address), Wellington, FL 33414 **$5,900**

MLS® # RX-10913701

‹ Back to Results

| 2 | 3 | 1,427 | 141 |
|---|---|---|---|
| BEDROOMS | BATHROOMS | SQ. FEET | DAYS ON MARKET |

Charming & impeccable turnkey furnished open floor Townhome 2/2.5 in desirable Gated St Andrews at Polo Club. Kitchen with Granite countertops and covered patio. Upstairs 2 Bedrooms each with its own bath. Master has a covered balcony, one car garage. Spectacular clubhouse pool area, tennis squash, Close to all equestrian facilities.

💬 INQUIRE   📅 TOUR   ⬆ SHARE   🖨 PRINT

### SCHEDULE A TOUR

| Wed 10 JAN | Thu 11 JAN | Fri 12 JAN | Sat 13 JAN |
|---|---|---|---|

PICK YOUR AVAILABILITY

9:00 AM  to  10:00 AM   SCHEDULE SHOWING

## Property

**Location**
Neighborhood  ST ANDREWS AT POLO CLUB CONDOMINIUM
Address  N/A
City  Wellington
State  FL

**Size And Restrictions**
Restrictions  No Smoking, Tenant Approval

**Features**
View  Garden

**Improvements**
Property Subtype  Townhouse
Fence  No
Sprinkler  No

**Market**
Date Listed  August 22nd, 2023
Days On Market  141
Estimated Payment

## Interior

**Bedrooms And Bathrooms**
Bedrooms  2
Bathrooms  3.00

**Heating And Cooling**
Heating  Central
Air Conditioning  Central

**Interior Features**
Features  Split Bedroom, Walk-In Closet

## Building

**Building Information**
# Of Stories  2

**Energy Efficiency**
Building Faces  Southwest

**Property Features**
Exterior Features  Covered Balcony, Covered Patio

**Garage And Parking**
Garage  Assigned, Garage - Attached, Driveway

## Community

**Home Owners Association**
HOA Membership (Monthly)  Yes

**Amenities**
Gated Community  Yes
Area Amenities  Clubhouse, Exercise Room, Pool, Tennis

**Info**
Office  High Rise Prop Real Estate

## Map & Directions

This listing is not able to be mapped at this time.

## Contact Us About This Property

Ask About this Property    Request a Showing



First Name                          Last Name

Email

Phone (optional)

Please provide a valid email address.

I was searching for a Property and found this listing (MLS® #RX-10913701). Please send me more information regarding N/A, Wellington, FL, 33414. Thank you!

SEND INQUIRY

## Similar Listings



13519 Fountain View Blvd, Wellington, FL - $6,500
Rental, Townhouse
3 BEDS   3 BATHS   1,755 SQFT   88 DOM
VIEW DETAILS
More Photos   Save
Douglas Elliman (Wellington)   BEACHES MLS

N/A, Wellington, FL - $4,500
Rental, Townhouse
3 BEDS   2 BATHS   1,437 SQFT   100 DOM
VIEW DETAILS
More Photos   Save
Keller Williams Realty - Well BEACHES MLS

1111 Staghorn St, Wellington, FL - $6,500
Rental, Townhouse
3 BEDS   2 BATHS   3,348 SQFT   154 DOM
VIEW DETAILS
More Photos   Save
The Keyes Company   BEACHES MLS

BEACHES MLS  All listings featuring the BMLS logo are provided by BeachesMLS, Inc. This information is not verified for authenticity or accuracy or is not guaranteed. Copyright ©2024 BeachesMLS, Inc.

Listing information last updated on January 10th, 2024 at 4:00pm EST.



f FACEBOOK   🐦 TWITTER   in LINKEDIN   📷 INSTAGRAM   ▶ YOUTUBE   🔊 RSS

**OUR GUARANTEE**
"Our agents of the Palm Beaches are highly trained, luxury real estate professionals who all believe that integrity, expertise, and a concierge level of service are the cornerstones of their business. Trust the largest transaction of your life to proven professionals." – Brad Ball, Broker/Owner

**TESTIMONIALS**
My husband and I are the proud and happy new owners of a home in Admirals Cove! This would not have happened without the professional and impressive help of our Realtor, Richard Wood. We met Richard... – Gail and Charles Zegarman, Admirals Cove Residents

VIEW ALL

**CONTACT**
Frankel Ball Realty Group, LLC
Jupiter, Florida 33458
Tel: (561) 427-2154
Fax: (561) 745-2666
Google Map

COMPASS

City, Neighborhood, Address, School, ZIP, Agent, ID

Buy    Rent    Sell    Compass Exclusives ⌄    New Development ⌄    Agents ⌄    Register/Sign In

**11750 St Andrews Place, Unit 204**
ST ANDREWS AT POLO CLUB
Wellington, FL 33414

| $3,000 | 2 | 2 | 1,223 Sq. Ft. |
|--------|---|---|---------------|
| Price | Beds | Baths | $29 / Sq. Ft. |

☆ Save          ↗ Share

Overview    Location    Property Info    Property History    Schools

Closed

LISTING UPDATED: 01/12/2024 12:39 PM

| | |
|---|---|
| Status | Closed |
| MLS # | RX-10922897 |
| Days on Market | 93 |
| Rental Incentives | No Fee |
| Available Date | 12/15/2023 |
| Lease Term | Seasonal |
| Furnished | - |
| Compass Type | Rental |
| MLS Type | Rental / Condo/C |
| Year Built | 2001 |
| Lot Size | 0.03 AC / 1,223 SF |
| County | Palm Beach Coun |

**Building**

🏢  ST ANDREWS AT POLO CLUB
22 Units · 3 Stories · Built in 2001

View All    Map    Street View

1:48:18 PM
Sunday, February 25, 2024

February 2024

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

Show agenda ⌃

# NestSeekers
### INTERNATIONAL

REGISTER / SIGN IN

PROPERTIES   DEVELOPMENTS   COMPANY   MARKETING   RESOURCES

Properties › Palm Beach › WebID 3124853

## 11750 St Andrews Place Apt: 204
## Wellington, FL 33414

Share   Favorite

Palm Beach ▾

**PROPERTY**

| | |
|---|---|
| Type: | Condo |
| Bedrooms: | 2 BR |
| Bathrooms: | 2 |
| Pets: | Pets Case By Case |
| Area: | 5520 sq ft |

**FINANCIALS**

| | |
|---|---|
| Rent | $5,800 |

Palm Beach, FL
Deborah L Ginsburg
150 Worth Ave, Palm Beach, FL 33480
Phone: +1561-725-9229
deborahg@nestseekers.com
Courtesy of High Rise Prop Real Estate

### Contact

Email

First name

Last name

Phone

☑ schedule a showing

☐ request more information

Message

Send

## Beautiful furnished turnkey 2 bedroom 2 bath Condo in desirable Gated community of St Andrews.







map   bird's eye   street view

**DESCRIPTION**

Beautiful furnished turnkey 2 bedroom 2 bath Condo in desirable Gated community of St Andrews. Very private and quite location, all tiled. Enjoy amazing resort style amenities inside the community fitness room, pool, jacuzzi, tennis court, racquer court. Close to all equestrian facilities.

Unbranded Virtual Tour: https://www.propertypanorama.com/11750-St-Andrews-Place-204-Wellington-FL-33414/unbranded

**AMENITIES**

| | | |
|---|---|---|
| < 1/4 Acre | 2 Master Suites | Cable |
| Central AC | Ceramic Tile | Clubhouse |
| Commercial Vehicles Prohibited | Dishwasher | Disposal |
| Dryer | Electric | Fitness Center |
| Garage - Detached | Great | Insurance |
| Laundry-Inside | Laundry-Util/Closet | Maximum # Vehicles |
| Microwave | No Boat | No RV |
| No Smoking | Pool | Range |
| Refrigerator | Spa-Hot Tub | Split Bedrooms |
| Tenant Approval | Tennis | Turnkey |
| Walk-in Closet | Washer | |

All information furnished regarding property for sale, rental or financing is from sources deemed reliable, but no warranty or representation is made as to the accuracy thereof and same is submitted subject to errors, omissions, change of price, rental or other conditions, prior sale, lease or financing or withdrawal without notice. International currency conversions where shown are estimates based on recent exchange rates and are not official asking prices.

All dimensions are approximate. For exact dimensions, you must hire your own architect or engineer.

# NestSeekers
### INTERNATIONAL

505 Park Avenue, New York, NY 10022
+1 (212) 252-8772
+1 (800) 330-4906

Ⓘ Ⓕ ▶ Ⓨ in Ⓟ

## JOIN OUR NEWSLETTER

Email address   Subscribe

**PROPERTIES**
Manhattan
Hamptons
Los Angeles
Palm Beach
United Kingdom
Colorado
Miami
Brooklyn
New Jersey
LIC / Queens
Gold Coast LI
Connecticut
Portugal
Spain
Caribbean Islands
France
Italy
Mexico
Greece

**DEVELOPMENTS**
In Progress
International
Case Studies
Development Marketing
New York
United Kingdom
Florida
New Jersey
Los Angeles
Portugal
Italy
Mexico
Asia

**COMPANY**
About
People
Careers
Offices
Press Room
Join Us
Privacy Policy

**MARKETING**
List your property
Projects & Development
Insights
Social Media
Big Media
Selling The Hamptons
Million Dollar Beach House
Million Dollar Listing
Publications

**RESOURCES**
For Buyers
For Sellers
For Renters
For Developers
Sports & Entertainment
Corporate Relocation
Guides
Neighborhoods
Mortgages and Finance
Market Reports

OFFICE LOCATIONS   CONTACT   TERMS OF USE   PRIVACY POLICY

LICENSED REAL ESTATE BROKER NY, CA, FL, CT, NJ, CO, UK, PT, IT, IN, ES · LICENSED YACHT BROKER · TEL 800.330.4906 · © 2002-2023 NEST SEEKERS LLC

Manhattan Apartments for Sale · Manhattan Apartments for Rent · New Developments · Hamptons Real Estate · Brooklyn Apartments for Sale · Brooklyn Apartments Rentals ·
Los Angeles Houses for Sale · Los Angeles Houses for Rent · Connecticut Properties for Sale · Connecticut Rentals · Greenwich Properties for Sale · Greenwich Rentals ·
Colorado Properties for Sale · Colorado Rentals · New Jersey Properties for Sale · New Jersey Rentals · Queens Apartments for Sale · Queens Apartments Rentals ·
Miami Properties for Sale · Miami Rentals · London Properties for Sale · London Listings · Portugal Properties for Sale · Portugal Rentals · Spain Properties for Sale · Spain Rentals ·
France Properties for Sale · France Rentals · Italy Property for Sale · Italy Rentals · Caribbean Islands Properties for Sale · Caribbean Islands Rentals · Commercial Real Estate ·
International Real Estate · RSS feeds

The Nest Seekers Beverly Hills office is owned by a subsidiary of Nest Seekers LLC. BRE# 01934785
AML Supervision Number Nest Seekers Europe Ltd - Ref - XRML0000020957
Standard Operating Procedure §442-H
UK In-house Complaints Procedure
Client Money Protection
UK Rental Fees Disclosure

  

# 11781 St Andrews Place, Unit 105
ST ANDREWS AT POLO CLUB
Wellington, FL, 33414

| $3,900 | 2 | 2 | 1,427 Sq. Ft. |
|---|---|---|---|
| Price | Beds | Full Baths | $3.50 / Sq. Ft. |

Overview · Property Info · Property History · Schools

Pending

[buttons] View All · Map · Street View

Charming & impeccable turnkey furnished open floor Townhome 2/2.1 in desirable Gated St Andrews at Polo Club. Kitchen with Granite countertops and covered patio. Upstairs 2 Bedrooms each with its own bath. Master has a covered balcony. 1 car garage. Spectacular clubhouse and pool area, tennis squash. Close to all equestrian facilities.

Listed by Beatriz La Grave Llorenzo · High Rise Prop Real Estate

## Property Details for 11781 St Andrews Place, Unit 105

| Subdivision | ST ANDREWS AT POLO CLUB CONDOMINIUM | Waterfront | No |
| Waterfront Details | None | Garden |  |
| Furnished | Furnished | Style | Efficiency, Townhouse Fee Simple, No Pool/No Water |

## Location

Compass › FL › Wellington › Palm Beach Polo and Country Club › 11781 St Andrews Place, Unit 105

Listing Courtesy of High Rise Prop Real Estate

+ Add your commute

## Building Information for 11781 St Andrews Place, Unit 105

| Building/Complex | ST ANDREWS AT POLO CLUB | Floor | 1 |
| Stories | 2 | Residences | 2 |
| Pet Policy | Allowed | Year Built | 2000 |
| Lot Size | 0.03 AC / 1,427 SF | | |

## Property Information for 11781 St Andrews Place, Unit 105

### Summary

**Location and General Information**
- Directions: From State Rd 7 (441) west to Forest Hill Blvd. Left to South Shore Blvd, left to St Andrews at Polo Club.
- Geo Area: Palm Beach 5520; 5530; 5570; 5580
- Miscellaneous: Central A/C
- Subdivision Name: ST ANDREWS AT POLO CLUB CONDOMINIUM
- Municipal Code: Wellington
- State: FL
- City Postal ID: 33414
- MLS Area: 5520
- MLS Level: Span FBEA

**Parking**
- Carport Spaces: 0
- Garage Spaces: 1

**Property**

**Lot Information**
- Acres: 0.03
- Bldg #: 11781
- Front Exp: Southwest
- Lot Description: < 1/4 Acre
- Parcel ID: 73414431602050192
- Property Group ID: 20009090370719326320000
- Sq Ft Total: 1,427
- Square Ft Source: Tax Rolls
- Tit Units in Complex: 0
- Point Equineek: Southwest

**Interior and Exterior Features**

**Exterior Features**
- Equipment Included: Auto Garage Open, Dishwasher, Dryer, Fire Alarm, Microwave, Range, Refrigerator, Washer
- Exterior Features: Covered Balcony, Covered Patio
- Private Pool: No
- Subdivision: Unimproved
- Storm Protection Panel Shutters Complete
- Subdiv Amenities: Clubhouse, Fitness Center, Pool, Tennis
- Appliances: Washer and Dryer
- Gated Community: Yes: Yes

**Interior Features**
- Cooling: Central
- Flooring: Carpet, Ceramic Tile, Laminate

**Multi Family**

**Multi-Family Information**
- Tenant Pays: Cable, Electric, Insurance, Taxes

**Rental**

**Rental Information**
- Pet Restrictions: Restrictions or Possible Restrictions
- Pets on Premises: No
- Damage Deposit: $5,000.00
- Total Floors in Bldg: 2.00
- Management Phone: (561)429-2260
- Management Co: OBS Community Management
- Min Days for Lease: 180.00
- Cleaning Fee: $250.00
- Move in Requirements: Full Payment + Tenant Tax of 13% OS, Apply and be approved by HOA 1 month prior to move in.
- Payment Frequency: In Full
- Rental Info 1st Month Deposit: $1,900.00
- Rental Info 1st Month Rent: $1,900.00
- Other Fees: $100

**Parking:** Assigned Parking, Driveway, Garage - Attached
**Taxes and HOA Information**
- Comn Trans Brk: SS
- Governing Bodies: HOA
- HOPA: No Hopa
- Association Deposit: No
- Application Fee: $150.00
- Type of Governing Bodies: HOA

**Virtual Tour**
- Unbranded Virtual Tour: https://www.smartvirtualpromos.com/11781-St-Andrews-Place-105...

**Property and Assessments**
- For Sale: No
- Legal Desc: ST ANDREWS AT POLO CLUB CONDOMINIUM UNIT 12-105
- Unit Floor #: 1
- Unit Desc: Efficiency
- Sq Ft Liv Area: 14272
- Legal Description: ST ANDREWS AT POLO CLUB CONDOMINIUM ID-100

**Utilities**
- Comn Renewable: No

Rental Info: January: Seasonal
Rental Info: February: Seasonal
Rental Info: March: Seasonal
Rental Info: April: Seasonal
Rental Info: May: Seasonal
Rental Info: June: Off Seasonal
Rental Info: July: Off Seasonal
Rental Info: Aug: Off Seasonal
Rental Info: September: Not Available
Rental Info: October: Not Available
Rental Info: November: Not Available
Rental Info: December: Not Available
RentSpree Screening: No
Other Fees: $100
Pets Allowed: Restricted

**Heating:** Central
**Interior Features:** Split Bedroom, Walk-In Closet
- Main Level Bedrooms: 2
- Main Level Bathrooms: 4
- Guest Accommodations: No
- Master Bath Features: Dual Sinks, Mbr Bdrm - Upstairs, Spa Tub & Shower
- Master Bathroom Description: Dual Sinks, Mbr Bdrm - Upstairs, Spa Tub & Shower
- Baths Total: 2

**Master Bedroom**
- Primary Bedroom/Bath: Dual Sinks, Mbr Bdrm - Upstairs, Spa Tub & Shower

## Property History for 11781 St Andrews Place, Unit 105

| Date | Event & Source | Price | Appreciation |
|---|---|---|---|
| Oct 30, 2023 | Pending RAPB #RX-109712590 | — | — |
| Aug 22, 2023 | Listed (Active) RAPB #RX-109712590 | $3,900 | — |
| May 7, 2020 | Cancelled RAPB #RX-10674261 | — | — |

View More ▼

## Schools near 11781 St Andrews Place, Unit 105

This home is within Palm Beach.

| Rating | School | Type | Grades | Distance |
|---|---|---|---|---|
| 9 /10 | Elbridge Gale Elementary School | Public - Serves this home | PK to 5 | 0.3 mi |
| 8 /10 | Polo Park Middle School | Public - Serves this home | 6 to 8 | 0.9 mi |
| 7 /10 | Wellington High School | Public - Serves this home | 9 to 12 | 2.1 mi |
| 6 /10 | Somerset Academy of the Arts | Charter school | K to 12 | 2.0 mi |

View More ▼

Map Street View

View all photos

©AAP 2014 all rights reserved

11750 St Andrews Place, Unit 204 | $5,800 | 2 Bed | 2 Baths | 1,223 SqFt

       

2 of 32



**11750 St Andrews Place, Unit 204**
ST ANDREWS AT POLO CLUB
Wellington, FL 33414

| $3,000 | 2 | 2 | 1,225 Sq. Ft. |
| Price | Beds | Baths | $2.9 / Sq. Ft. |

Save   Share

Overview   Details   Property Info   Property History   Schools

LISTING UPDATED ON 05/29/2023

| Status | Closed |
| MLS # | RX-10932897 |
| Days on Market | 96 |
| Serial Inventory | No |
| Available Date | 12/19/2023 |
| Lease Term | Seasonal |
| Furnished | |
| Compass Type | Rental |
| MLS Type | Residential |
| Lot Size | 2000 |
| Lot Size | 0.03 AC / 1,225 SF |
| County | Palm Beach County |

**Building**
ST ANDREWS AT POLO CLUB
12 Units · 3 Stores · Built in 2000

Beautiful furnished turnkey 2 bedroom 2 bath Condo in desirable Gated community of St Andrews. Very private and quite location, all tiled. Enjoy amazing resort style amenities inside the community (fitness room, pool, jacuzzi, tennis court, racquet court. Close to all equestrian facilities.

Listed by Beatriz La Grava Litarazo · High Rise Prop Real Estate



## Property Details for 11750 St Andrews Place, Unit 204

| Subdivision | ST ANDREWS AT POLO CLUB CONDOMINIUM | Waterfront | No |
| WaterFront Details | None | View | Other |
| Furnished | Turnkey | Style | No Pool/No Water |

## Location

Compass FL ▸ Wellington ▸ 33414 ▸ Palm Beach Polo and Country Club ▸ 11750 St Andrews Place, Unit 204



Listing Courtesy of High Rise Prop Real Estate

📍 Add your commute

## Building Information for 11750 St Andrews Place, Unit 204

| Building/Complex | ST ANDREWS AT POLO CLUB | Floor | 2 |
| Stories | 3 | Residences | 12 |
| Pet Policy | Allowed | Year Built | 2000 |
| Lot Size | 0.03 AC / 1,225 SF | | |

## Property Information for 11750 St Andrews Place, Unit 204

**Summary**

**Location and General Information**
Directions: Add Track T west to Forest Hill Blvd, left to Greenview Shores Blvd, left to St Andrews Community other gate all the way to the end to Bldg 11750
Geo Area: Palm Beach 5520 5530 5570 5580
Miscellaneous: Central A/C, Tenant Approval
Street Number: 11750
Subdivision Complex Bldg: ST ANDREWS AT POLO CLUB CONDOMINIUM
State: FL
City Postal: 33414
MLS Area: 5520
MLS Sub Area: PBSK

**Parking**
Carport Spaces: 0
Garage Spaces: 1

**Parking: Garage - Detached**
Covered Spaces 36: 34
Governing Bodies: HOA
HOA: No Hopa
Homeowners Association: No
Application Fee: $150.00
Type of Governing Bodies: HOA

**Virtual Tour**
Unbranded Virtual Tour: https://www.propertypanorama.com/11750-St-Andrews-Place-Wellington-FL-33414/unbranded

**Property**

**Lot Information**
For Sale: No
Bldg #: 11750
Print Exp: Southwest
Lot Description: < 1/4 Acre
Parcel ID: 73414449290120040
Property Group ID: 20050805100017596625000000
Sq Ft Total: 1,225
Square Ft Source: Tax Rolls
Tiff Units in Complex: 0
Front Exposure: Southwest

**Property and Assessments**
Tax for Sale: No
Legal Desc: ST ANDREWS AT POLO CLUB CONDOMINIUM UNIT S-204
Unit Floor #: 2
Sq Ft Liv Area: S215.0
Tax Legal Description: ST ANDREWS AT POLO CLUB CONDOMINIUM UNIT S-204

**Utilities**
Comm Renewable: No

**Interior and Exterior Features**

**Exterior Features**
Equip/Appl Included: Dishwasher, Disposal, Dryer, Microwave, Range, Refrigerator, Washer
Exterior Features: Covered Balcony
Private Pool: No
Security: Gate - Unmanned
Storm Protection: None
Subdiv Amenities: Clubhouse, Fitness Center, Pool, Spa-Hot Tub, Tennis
Laundry Appliances: Washer and Dryer
Gated Community: Yes

**Heating: Central**
Heating: Central
Interior Features: None, Split Bedroom, Walk-In Closet
Main Level Bedrooms: 2
Main Level Bathrooms: 2
Guest accommodations: None
Master Bath Features: 2 Master Suites
Master Bedroom Description: 2 Master Suites
Baths Total: 2

**Master Bedroom**
Primary Bedroom/Bath: 2 Master Suites

**Interior Features**
Cooling: Ceiling Fan, Central
Flooring: Ceramic Tile

**Multi Family**

**Multi Family Information**
Tenants Pays: Cable, Electric, Insurance

**Agent**

**Agent Only**
Selling Agent Full Name: Luis Companioni Cabral
Selling Office Branch ID: SEFV-VROH

**Rental**

**Rental Information**
Pet Fee: $295.00
Pets on Premises: No
Damage Deposit: $6,000.00
Total Rooms in Bldg: 20
Management Phone: (561)68-8024
Management Co: GBS COMMUNITY MANAGEMENT
First Month Rent: $3,000
Cleaning Fee: $275.00
Move in Requirements: My rent is full a security deposit. 1% Tourist Tax. be approved by HOA
Payment Frequency: Monthly
Rental Info First Month Deposit: $6,000.00
Rental Info Last Month Deposit: $6,000.00
Rental Info: Furnished Seasonal Rent: $4,950.00

Rental Info: January: Seasonal
Rental Info: February: Seasonal
Rental Info: March: Seasonal
Rental Info: April: Seasonal
Rental Info: May: Not Available
Rental Info: June: Not Available
Rental Info: July: Not Available
Rental Info: August: Not Available
Rental Info: September: Not Available
Rental Info: October: Not Available
Rental Info: November: Not Available
RentSpree Screening: No
Other Fees: $500
Pets Allowed: Yes

## Property History for 11750 St Andrews Place, Unit 204

| Date | Event & Source | Price | Appreciation |
| --- | --- | --- | --- |
| Jan 6, 2024 | Rented<br>RAPB-MN-10922897 | $3,000 | — |
| Dec 28, 2023 | Pending<br>RAPB-MN-10922897 | — | — |
| Dec 15, 2023 | Price Change<br>RAPB-MN-10922897 | $4,950 | — |

View More ∨
For completeness, Compass often displays two records on the web site MLS record and the public record.

## Schools near 11750 St Andrews Place, Unit 204

This home is within Palm Beach.

| Rating | School | Type | Grades | Distance |
| --- | --- | --- | --- | --- |
| 8 /10 | Elbridge Gale Elementary School | Public · Serves this home | PK to 5 | 0.4 mi |
| 8 /10 | Polo Park Middle School | Public · Serves this home | 6 to 8 | 1.9 mi |
| 8 /10 | Wellington High School | Public · Serves this home | 9 to 12 | 2.2 mi |
| 8 /10 | Somerset Academy of the Arts | Charter · Choice school | K to 8 | 2.4 mi |

View More ∨

School ratings and boundaries are provided by GreatSchools.org and Pitney Bowes. This information should only be used as a preliminary estimate of school availability. This information does not constitute and should not be verified by entity or
information and enrollment eligibility.

No guarantees, warranties or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property conditions), such should be independently verified, and Compass expressly
disclaims any liability in connection therewith. Photos may be virtually staged or digitally enhanced and may not reflect actual property conditions. This information is provided from Local Broker Listing Syndication Courtesy of the Royal Palm Coast Realtor Association, Inc., Miami Association of
REALTORS®, REALTOR® Association of Greater Ft. Lauderdale, and the South Broward Board of REALTORS®. The information being provided is for consumers' personal, non-commercial use and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing. Real estate listings held by brokerage firms other than this site owner are marked with either the listing brokerage's logo or the listing brokerage's name or the name of the listing broker. The broker providing this data believes it to be correct, but advises interested parties to confirm them before relying on them in a purchase decision. Information is deemed reliable but is not guaranteed. If you believe any REALTOR® Association of Greater Ft. Lauderdale, and South Broward Board of REALTORS® listing information is inaccurate or if you have any complaint about the content of these sites please contact us. Copyright 2024 Royal Palm Coast Realtor Association, Inc., Miami Association of REALTORS®, REALTOR® Association of Greater Ft. Lauderdale, and South Broward Board of REALTORS®. All rights reserved.

BEACHES MLS



**Company**
About Us
Team
Sales Leadership
Investors
Join as an agent
Careers
Contact Us
Offices
Newsroom

**Explore**
Concierge
Private Exclusives
Compass Coming Soon
Compass Academy
Compass Cares
Diversity & Inclusion
Blog
Neighborhood Guides
New Developments
Commercial
Market Research
Military
External Suppliers Site
Recently Sold Homes
Sitemap

**Mobile Apps**
App Store
Google Play

**Legal**
Do Not Sell or Share My Personal Information · Terms of Service · Privacy Center · Scam Avoidance · Responsible Disclosure · Compass is an X-Verify strategic notice for California Applicants, California COVID-19 Notes of Users and Your CA Privacy Rights

COMPASS, the Compass logo, and other various trademarks, logos, designs, and slogans are the registered and unregistered trademarks of Compass, Inc. dba Compass in the U.S. and/or other states.

Corporate Responsibility, Privacy & Legal Notices: Compass is a licensed real estate broker, licensed to do business as Compass RE in Delaware, Idaho, New Jersey, Pennsylvania and Tennessee. Compass Real Estate in Washington, DC. New Hampshire, Vermont, Maine, Wyoming and Idaho. Compass Realty Group in Missouri and Kansas, and Compass Carolinas, LLC in South Carolina. California License # 01991628, 1527235, 1527365, 1356742, 1443761, 1997075, 1935359 No guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property condition), such should be independently verified, and Compass expressly disclaims any liability in connection therewith. No financial or legal advice provided. Equal Housing Opportunity © Compass 2024. 212-913-9058.

Texas Real Estate Commission Information About Brokerage Services
Texas Real Estate Commission Consumer Protection Notice

New York State Fair Housing Notice
New York State Standard Operating Procedures
TREC Information About Brokerage Services

Compass does not discriminate against voucher holders pursuant to applicable law

# 11750 St Andrews Place

Close ✕

## Photos

 561-313-7725

**Send Message**














Entrance





















(Undisclosed Address), Wellington, FL 33414 **$5,900**

MLS® # RX-10913701

‹ Back to Results



VIRTUAL TOUR

   

| 2 | 3 | 1,427 | 141 |
|---|---|---|---|
| BEDROOMS | BATHROOMS | SQ. FEET | DAYS ON MARKET |

Charming & impeccable turnkey furnished open floor Townhome 2/2.1 in desirable Gated St Andrews at Polo Club. Kitchen with Granite countertops and covered patio. Upstairs 2 Bedrooms each with its own bath. Master has a covered balcony. 1 car garage. Spectacular clubhouse pool area, tennis squash. Close to all equestrian facilities.

💬 INQUIRE    🗺 TOUR    ⛗ SHARE    🖨 PRINT

**SCHEDULE A TOUR**

| Wed 10 JAN | Thu 11 JAN | Fri 12 JAN | Sat 13 JAN |
|---|---|---|---|

PICK YOUR AVAILABILITY

9:00 AM  to  10:00 AM    SCHEDULE SHOWING

## Property

**Location**
Neighborhood    ST ANDREWS AT POLO CLUB CONDOMINIUM
Address    N/A
City    Wellington
State    FL

**Size And Restrictions**
Restrictions    No Smoking, Tenant Approval

**Improvements**
Property Subtype    Townhome
Fence    No
Sprinkler    No

**Features**
View    Garden

**Market**
Date Listed    August 22nd, 2023
Days On Market    141
Estimated Payment

## Interior

**Bedrooms And Bathrooms**
Bedrooms    2
Bathrooms    3.00

**Heating And Cooling**
Heating    Central
Air Conditioning    Central

**Interior Features**
Features    Split Bedroom, Walk-In Closet

## Building

**Building Information**
# Of Stories    2

**Energy Efficiency**
Building Faces    Southwest

**Property Features**
Exterior Features    Covered Balcony, Covered Patio

**Garage And Parking**
Garage    Assigned, Garage - Attached, Driveway

## Community

**Home Owners Association**
HOA Membership (Monthly)    Yes

**Amenities**
Gated Community    Yes
Area Amenities    Clubhouse, Exercise Room, Pool, Tennis

**Info**
Office    High Rise Prop Real Estate

## Map & Directions

This listing is not able to be mapped at this time.

## Contact Us About This Property

Ask About this Property    Request a Showing

First Name                          Last Name

Email                               Phone (optional)

Please provide a valid email address.

I was searching for a Property and found this listing (MLS® #RX-10913701). Please send me more information regarding N/A, Wellington, FL 33414. Thank you!

SEND INQUIRY

## Similar Listings



13519 Fountain View Blvd, Wellington, FL - $6,500

Rental, Townhouse

| 3 | 3 |
|---|---|
| BEDS | BATHS |
| 1,755 | 88 |
| SQFT | DOM |

VIEW DETAILS

More Photos    Save

Douglas Elliman (Wellington...

N/A, Wellington, FL - $4,500

Rental, Townhouse

| 3 | 2 |
|---|---|
| BEDS | BATHS |
| 1,437 | 100 |
| SQFT | DOM |

VIEW DETAILS

More Photos    Save

Keller Williams Realty - Well...

1111 Staghorn St, Wellington, FL - $6,500

Rental, Townhouse

| 3 | 2 |
|---|---|
| BEDS | BATHS |
| 3,348 | 154 |
| SQFT | DOM |

VIEW DETAILS

More Photos    Save

The Keyes Company...

All listings featuring the BMLS logo are provided by BeachesMLS, Inc. This information is not verified for authenticity or accuracy or is not guaranteed. Copyright ©2024 BeachesMLS, Inc.

Listing information last updated on January 10th, 2024 at 4:00pm EST.

 FACEBOOK     TWITTER     LINKEDIN     INSTAGRAM     YOUTUBE     RSS

**OUR GUARANTEE**

"Our agents of the Palm Beaches are highly trained, luxury real estate professionals who all believe that integrity, expertise, and a concierge level of service are the cornerstones of their business. Trust the largest transaction of your life to proven professionals." — Brad Ball, Broker/Owner

**TESTIMONIALS**

My husband and I are the proud and happy new owners of a home in Admirals Cove! This would not have happened without the professional and impressive help of our Realtor, Richard Wood. We met Richard... — Gail and Charles Zugerman, Admirals Cove Residents

VIEW ALL

**CONTACT**

Frankel Ball Realty Group, LLC
Jupiter, Florida 33458
Tel: (561) 427-2154
Fax (561) 745-2666
Google Map

Copyright © 2024 Frankel Ball Realty Group, LLC.    Privacy Policy | Terms of Service | Listings Sitemap | Sitemap | Fair Housing



COMPASS

11781 St Andrews Place, Unit 105
ST ANDREWS AT POLO CLUB
Wellington, FL 33414

$5,900 | Price
2 | Beds
2 | Baths
1,427 Sq. Ft. | $0 / Sq. Ft.

Save | Share

Overview | Location | Property Info | Property History | Schools

Pending

View All | Map | Street View

LISTING UPDATED: OCTOBER 03, 24
Status | Pending
MLS # | RX-10913701
Days on market | 99
Rental incentive | No Fee
Rental restrictions | No Restrictions
Lease Term | Seasonal
Furnished | Furnished
Property Type | Rental
Rental Type | Rental / Townhouse
Year Built | 2000
Lot Size | 0.03 AC / 1,427 SF
County | Palm Beach County

## Building

ST ANDREWS AT POLO CLUB
2 Stories · 2 Beds · Built in 2000

## Listing Agent

Beatriz La Grave Llanezo
High Prop Real Estate
bealllanezo@highpropproperties.net
M (561) 313-7701
O (561) 313-7700

Charming & impeccable turnkey furnished open floor Townhome 2/2.1 in desirable Gated St Andrews at Polo Club. Kitchen with Granite countertops and covered patio, Upstairs 2 Bedrooms each with its own bath. Master has a covered balcony, 1 car garage. Spectacular clubhouse and pool area, tennis squash. Close to all equestrian facilities.

Listed By Beatriz La Grave Llanezo · High Prop Real Estate

## Property Details for 11781 St Andrews Place, Unit 105

| | | | |
|---|---|---|---|
| Subdivision | ST ANDREWS AT POLO CLUB CONDOMINIUM | Waterfront | No |
| Waterfront Details | None | Garden | Garden |
| Furnished | Furnished | Style | Efficiency, Townhouse Fee Simple, No Pool/No Water |

## Location

Compass > FL > Wellington > Palm Beach Polo and Country Club > 11781 St Andrews Place, Unit 105

Listing Courtesy of High Prop Real Estate

Add your commute

## Building Information for 11781 St Andrews Place, Unit 105

| | | | |
|---|---|---|---|
| Building/Complex | ST ANDREWS AT POLO CLUB | Floor | |
| | | Residences | 2 |
| Stories | 2 | Year Built | 2000 |
| Pet Policy | Allowed | | |
| Lot Size | 0.03 AC / 1,427 SF | | |

## Property Information for 11781 St Andrews Place, Unit 105

### Summary

**Location and General Information**
- Directions From State Rd 7 (441) west to Forest Hill Blvd. Left to South Shore Blvd, left to St Andrews At Polo Club.
- Geo Area Palm Beach 5520: 5530: 5570: 5580
- Miscellaneous Central A/C
- Unit Floor Number 1
- Subdivision Complex Bldg. ST ANDREWS AT POLO CLUB CONDOMINIUM
- Municipal Code Wellington
- State FL
- City Portal ID: 33414
- MLS Area: 5520
- Parcel Area: 9904

**Parking**
- Carport Spaces: 0
- Garage Spaces: 1

**Parking:** Assigned Parking, Driveway, Garage - Attached

**Taxes and HOA Information**
- Comm'l Fees Sts: $$
- Governing Bodies: HOA
- HOA%: Yes
- Association Deposit: No
- Application Fee: $100.00
- Type of Governing Bodies: HOA

**Virtual Tour**
- Unbranded Virtual Tour: https://www.propertypanorama.com/11781-St-Andrews-Place-105-Wellington-FL-33414/unbranded

**Property**

**Property and Assessments**

**Lot Information**
- Acres .020
- Bldg #: 11781
- Front Exp Southwest
- Lot Description - I 14 Acre
- Parcel ID: 73454344020210050
- Property Group ID: 20009092027079462050000000
- Sq Ft Total 1,427
- Square Ft Source: Tax Rolls
- 70 Units In Complex: 0
- Point Exposure: Southwest

**For Sale:** No
- Legal Desc: ST ANDREWS AT POLO CLUB CONDOMINIUM UNIT 12-105
- Unit Floor #: 1
- Unit Desc: Efficiency
- Sq Ft Liv Area: 1427.0
- Legal Description: ST ANDREWS AT POLO CLUB CONDOMINIUM UNIT 10-105

**Utilities**
- Comm Renewable: No

**Interior and Exterior Features**

**Exterior Features**
- Equipped Included: Auto Garage Open, Dishwasher, Dryer, Fire Alarm, Microwave, Range, Refrigerator, Washer
- Exterior Features: Covered Balcony, Covered Patio
- Private Pool: No
- Guest Accommodations: 1
- Storm Protection: Panel Shutters: Complete
- Subdiv Amenities: Clubhouse, Fitness Center, Pool, Tennis
- Laundry Appliances: Washer and Dryer
- Gated Community: Yes: Yes

**Heating: Central**
- Interior Features: Split Bedroom, Walk-In Closet
- Main Level Bedrooms: 2
- Main Level Bathrooms: #
- Guest Accommodations: No
- Master Bathroom: Dual Sinks, Mbr Bdrm - Upstairs, Spa Tub & Shower
- Master Bedroom Description: Dual Sinks, Mbr Bdrm - Upstairs, Spa Tub & Shower
- Baths Total: 2
- **Master Bedroom**
- Primary Bedroom/Bath: Dual Sinks, Mbr Bdrm - Upstairs, Spa Tub & Shower

**Interior Features**
- Cooling: Central
- Flooring: Carpet, Ceramic Tile, Laminate

**Multi Family**

**Multi Family Information**
- Tenant Pays: Cable, Electric, Insurance, Taxes

**Rental**

**Rental Information**
- Pet Restrictions: Restrictions or Possible Restrictions
- Pets on Premises: No
- Damage Deposit: $5,000.00
- Total Floors in Bldg: 2.00
- Management Phone: (561)429-2260
- Management Co OBS Community Management
- Min Days for Lease: 100.00
- Cleaning Fee $250.00
- Move-in Requirements: Full Payment + Tourist Tx of 13%. Apply and be approved by HOA 1 month prior to move in.
- Payment Frequency: in Full
- Rental Info 1st Month Deposit $5,900.00
- Rental Info Last Month Deposit $5,900.00
- Rental Info Additional Deposit Amount $5,900.00

- Rental Info: January: Seasonal
- Rental Info: February: Seasonal
- Rental Info: March: Seasonal
- Rental Info: April: Seasonal
- Rental Info: May: Seasonal
- Rental Info: June: Off Seasonal
- Rental Info: July: Off Seasonal
- Rental Info: August: Off Seasonal
- Rental Info: September: Not Available
- Rental Info: October: Not Available
- Rental Info: November: Not Available
- Rental Info: December: Not Available
- RentSpree Screening: No
- Other Fees: $50
- Pets Allowed: Restricted

## Property History for 11781 St Andrews Place, Unit 105

| Date | Event & Source | Price | Appreciation |
|---|---|---|---|
| Oct 30, 2023 | Pending<br>RAPB #RX-10913701 | — | — |
| Aug 22, 2023 | Listed (Active)<br>RAPB #RX-10913701 | $5,900 | — |
| May 7, 2020 | Cancelled<br>RAPB #RX-10674281 | — | — |

View More

## Schools near 11781 St Andrews Place, Unit 105

This home is within Palm Beach.

| Rating | School | Type | Grades | Distance |
|---|---|---|---|---|
| 9 /10 | Elbridge Gale Elementary School | Public · Serves this home | PK to 6 | 0.3 mi |
| 8 /10 | Polo Park Middle School | Public · Serves this home | 6 to 8 | 1.9 mi |
| 7 /10 | Wellington High School | Public · Serves this home | 9 to 12 | 2.1 mi |
| 9 /10 | Somerset Academy of the Arts | Charter · Choice school | K to 12 | 2.9 mi |

View More

School ratings and boundaries are provided by GreatSchools.org and Pitney Bowes. This information should only be used as a reference. To verify enrollment eligibility, contact the school or district directly.

No guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property condition), such should be independently verified, and Compass expressly disclaims any liability in connection therewith. No financial or legal advice provided. Equal Housing Opportunity. © Compass 2024. ®

## Company
About Us
Team
Careers
Investors
Join as an agent
Contact Us
Offices
Newsroom

## Explore
Concierge
Private Exclusives
Compass Coming Soon
For Agents
Mortgage Calculator
Diversity & Inclusion
Blog
Neighborhood Guides
New Development
Licensed Agents
Commercial
Sports & Entertainment
Military
External Suppliers Site
Market Research
Recently Sold Homes
Sitemap

## Mobile Apps
App Store
Google Play

Do Not Sell My Personal Information · Terms of Service · Privacy Center · Screen Reader Accessibility · Reasonable Disclosure · Licenses & Disclosures · Compass is an E-Verify employer. Notice to California Applicants: California Consumers, COVID-19 Rules of Entry, and Your CA Privacy Rights

COMPASS, the Compass logo, and other various trademarks, logos and designs are the registered and unregistered trademarks of Compass, Inc. dba Compass in the U.S. and/or other countries.

Corporate Responsibility, Privacy & Legal Notices: Compass is a licensed real estate broker, licensed to do business as Compass RE in Delaware, Idaho, New Jersey, Pennsylvania and Tennessee; Compass Real Estate in Washington, DC, New Hampshire, Vermont, Maine, Wyoming and Idaho; Compass Realty Group in Missouri and Kansas; and Compass Carolinas, LLC in South Carolina. License Numbers for Compass: 01991628, 1527235, 1527365, 1527205, 75094, 9907, 9908, 9909, 35MO1059, 3361776, 140521. California DRE license information can be obtained by contacting the local Compass office. No representation of any kind is made regarding the accuracy of descriptions or whether independently verified. Equal Housing Opportunity.

Texas Real Estate Commission Information About Brokerage Services
Texas Real Estate Consumer Protection Notice

New York Fair Housing Notice
New York State Standard Operating Procedures
TREC: Info About Brokerage Services, Consumer Protection Notice

Compass does not discriminate against voucher holders pursuant to applicable law





# FRANKEL-BALL realty

Search    Cities    Buyers    Sellers    About    Blog    Contact

Register | Login    (561) 427-2154

(Undisclosed Address), Wellington, FL 33414 $5,900

MLS® #RX-10913701

< Back to Results



VIRTUAL TOUR

   

| 2 BEDROOMS | 3 BATHROOMS | 1,427 SQ. FEET | 141 DAYS ON MARKET |
|---|---|---|---|

Charming & impeccable turnkey furnished open floor Townhome 2/2.1 in desirable Gated St Andrews at Polo Club. Kitchen with Granite countertops and covered patio. Upstairs 2 Bedrooms each with its own bath. Master has a covered balcony, one car garage. Spectacular clubhouse pool area, tennis squash. Close to all equestrian facilities.

💬 INQUIRE    🗓 TOUR    ↗ SHARE    🖨 PRINT

## SCHEDULE A TOUR

| Wed 10 JAN | Thu 11 JAN | Fri 12 JAN | Sat 13 JAN |
|---|---|---|---|

PICK YOUR AVAILABILITY

9:00 AM   to   10:00 AM    SCHEDULE SHOWING

## Property

**Location**
Neighborhood   ST ANDREWS AT POLO CLUB CONDOMINIUM
Address   N/A
City   Wellington
State   FL

**Size And Restrictions**
Restrictions   No Smoking, Tenant Approval

**Features**
View   Garden

**Improvements**
Property Subtype   Townhouse
Fence   No
Sprinkler   No

**Market**
Date Listed   August 22nd, 2023
Days On Market   141
Estimated Payment

## Interior

**Bedrooms And Bathrooms**
Bedrooms   2
Bathrooms   3.00

**Heating And Cooling**
Heating   Central
Air Conditioning   Central

**Interior Features**
Features   Split Bedrooms, Walk-In Closet

## Building

**Building Information**
# Of Stories   2

**Energy Efficiency**
Building Faces   Southwest

**Property Features**
Exterior Features   Covered Balcony, Covered Patio

**Garage And Parking**
Garage   Assigned, Garage - Attached, Driveway

## Community

**Home Owners Association**
HOA Membership (Monthly)   Yes

**Amenities**
Gated Community   Yes
Area Amenities   Clubhouse, Exercise Room, Pool, Tennis

**Info**
Office   High Rise Prop Real Estate

## Map & Directions

This listing is not able to be mapped at this time.

## Contact Us About This Property

Ask About this Property    Request a Showing

First Name                              Last Name

Email                                   Phone (optional)

Please provide a valid email address.

I was searching for a Property and found this listing (MLS® #RX-10913701). Please send me more information regarding N/A, Wellington, FL, 33414. Thank you!

SEND INQUIRY

## Similar Listings



| 13519 Fountain View Blvd., Wellington, FL - $6,500 | N/A, Wellington, FL - $4,500 | 1111 Staghorn St, Wellington, FL - $6,500 |
|---|---|---|
| Rental, Townhouse | Rental, Townhouse | Rental, Townhouse |
| 3 BEDS   3 BATHS | 3 BEDS   2 BATHS | 3 BEDS   2 BATHS |
| 1,755 SQFT   88 DOM | 1,437 SQFT   100 DOM | 3,348 SQFT   154 DOM |
| VIEW DETAILS | VIEW DETAILS | VIEW DETAILS |
| More Photos   Save | More Photos   Save | More Photos   Save |
| Douglas Elliman (Wellington) | Keller Williams Realty - Well | The Keyes Company |

BEACHESMLS   All listings featuring the BMLS logo are provided by BeachesMLS. This information is not verified for authenticity or accuracy or is not guaranteed. Copyright ©2024 BeachesMLS, Inc.

Listing information last updated on January 10th, 2024 at 4:00pm EST.

 FACEBOOK     TWITTER     LINKEDIN     INSTAGRAM     YOUTUBE    🔊 RSS

**OUR GUARANTEE**
"Our agents of the Palm Beaches are highly trained, luxury real estate professionals who all believe that integrity, expertise, and a concierge level of service are the cornerstones of their business. Trust the largest transaction of your life to proven professionals." — Brad Ball, Broker/Owner

**TESTIMONIALS**
My husband and I were the proud and happy new owners of a home in Admirals Cove! This would not have happened without the professional and impressive help of our Realtor, Richard Wood. We met Richard... — Gail and Charles Zegerman, Admirals Cove Residents

 VIEW ALL

**CONTACT**
Frankel Ball Realty Group, LLC
Jupiter, Florida 33458
Tel: (561) 427-2154
Fax: (561) 745-2666
Google Map

Copyright © 2024 Frankel Ball Realty Group, LLC    Privacy Policy | Terms of Service | Listings Sitemap | Sitemap | Fair Housing






11750 St Andrews Place, Unit 204
ST ANDREWS AT POLO CLUB
Wellington, FL 33414

| | | | | |
|---|---|---|---|---|
| $3,000 | 2 | 2 | 1,223 Sq. Ft. | ♡ Like  ⤴ Share |
| Price | Beds | Baths | $2/† Sq. Ft. | |



Overview    Location    Property Info    Property History    Schools

| LISTING UPDATED: OCTOBER 25, 2025 | |
|---|---|
| Status | Closed |
| MLS # | RX-10922897 |
| Days on Market | 94 |
| Rental Incentives | No |
| Available Date | 12/15/2025 |
| Lease Term | Seasonal |
| Furnished | |
| Compass Type | Rental |
| MLS Type | Residential |
| Year Built | 2000 |
| Lot Size | 0.03 AC / 1,223 SF |
| County | Palm Beach County |

**Building**

ST ANDREWS AT POLO CLUB
22 Units · 3 Stories · Built in 2000

Beautiful furnished turnkey 2 bedroom 2 bath Condo in desirable Gated community of St Andrews. Very private and quite location, all tiled. Enjoy amazing resort amenities inside the community (fitness room, pool, jacuzzi, tennis court, racquet court. Close to all equestrian facilities.

Listed by Beatriz La Greca Lizasoo · High Rise Prop Real Estate

## Property Details for 11750 St Andrews Place, Unit 204

| | | | |
|---|---|---|---|
| Subdivision | ST ANDREWS AT POLO CLUB CONDOMINIUM | Waterfront | No |
| WaterFront Details | None | View | Other |
| Furnished | Turnkey | Style | No Pool/No Water |

## Location

Compass ∘ FL ∘ Wellington ∘ 33414 ∘ Palm Beach Polo and Country Club ∘ 11750 St Andrews Place, Unit 204



Listing Courtesy of High Rise Prop Real Estate

📍 Add your commute

## Building Information for 11750 St Andrews Place, Unit 204

| | | | |
|---|---|---|---|
| Building/Complex | ST ANDREWS AT POLO CLUB | Floor | 2 |
| Stories | 3 | Residences | 22 |
| Pet Policy | Allowed | Year Built | 2000 |
| Lot Size | 0.03 AC / 1,223 SF | | |

## Property Information for 11750 St Andrews Place, Unit 204

**Summary**

**Location and General Information**
- Directions: Add Stock Rd T west to Forest Hill Blvd, left to Greenview Shores Blvd, left to St Andrews Community (then gate all the way to the end to Bldg 5750)
- Geo Area: Palm Beach 5520 (5520 to 5590)
- Miscellaneous: Central A/C, Tenant Approval
- Street Number: 11750
- Subdivision Complex Bldg: ST ANDREWS AT POLO CLUB CONDOMINIUM
- Municipal Code: Wellington
- State: FL
- City Postal ID: 33414
- MLS Area: 5520
- MLS Sub Area: 5520 FREE

**Parking**
- Carport Spaces: 0
- Garage Spaces: 1

**Property**

**Lot Information**
- State: 2023
- Bldg #: 11750
- Print Exp: Southwest
- Lot Description: < 1/4 Acre
- Parcel ID: 72414414440000002560
- Property Group ID: 20009090920775962550000000
- Sq Ft Total: 1,223
- Square Ft Source: Tax Rolls
- Ttl Units In Complex: 0
- Front Exposure: Southwest

**Interior and Exterior Features**

**Exterior Features**
- Equip/Appl Included: Dishwasher, Disposal, Dryer, Microwave, Range, Refrigerator, Washer
- Exterior Features: Covered Balcony
- Private Pool: No
- Dining Description: Unwanted
- Storm Protection: None
- Subdiv Amenities: Clubhouse, Fitness Center, Pool, Spa-Hot Tub, Tennis
- Laundry Appliances: Washer and Dryer
- Gated Community: Yes

**Interior Features**
- Interior Features: Ceiling Fan, Central
- Flooring: Ceramic Tile

**Multi Family**

**Multi Family Information**
- Tenant Pays: Cable, Electric, Insurance

**Agent**

**Agent Only**
- Selling Agent Full Name: Luis Compagno Cabral
- Selling Office Branch ID: SEPIV1R04

**Rental**

**Rental Information**
- Pet Fee: $285.00
- Pets on Premises: No
- Damage Deposit: $4,000.00
- Total Rooms in Bldg: 20
- Management Phone: (561)641-8554
- Management Co: GRS COMMUNITY MANAGEMENT
- First Month Rent: $4,000.00
- Cleaning Fee: $275.00
- Move in Requirements: Pay rent in full x security deposit, 15% Tourist Tax, be approved by HOA
- Payment Frequency: Monthly
- Rental Info: 1st Month Deposit: $4,000.00
- Rental Info: Last Month Deposit: $4,000.00
- Rental Info: Furnished Seasonal Rent: $4,000.00

**Parking: Garage - Detached**

**Taxes and HOA Information**
- Comm/Trans Shs: Yes
- Governing Bodies: HOA
- HOA/Poa Dues: $0.00
- Homeowner Association: Mandatory
- Application Fee: $150.00
- Type of Governing Bodies: HOA

**Virtual Tour**
- Unbranded Virtual Tour: https://www.corleanetmarammna.com/11750-St-Andrews-Place-FL-13414/unbranded

**Property and Assessments**
- Unit Floor #: 2
- Unit Floor #: 2
- Legal Desc: ST ANDREWS AT POLO CLUB CONDOMINIUM UNIT 5-204
- Sq Ft Liv Area: 5223.0
- Legal Description: ST ANDREWS AT POLO CLUB CONDOMINIUM UNIT 5-204

**Utilities**
- Comm Renewable: No

**Heating: Central**

**Interior Features: None, Split Bedroom, Walk-In Closet**
- Heat: Central
- Main Level Bedrooms: 2
- Guest accommodations: No
- Master Bath Features: 2 Master Suites
- Master Bedroom Description: 2 Master Suites
- Baths Total: 2

**Master Bedroom**
- Primary Bedroom/Bath: 2 Master Suites

## Property History for 11750 St Andrews Place, Unit 204

| Date | Event & Source | Price | Appreciation |
|---|---|---|---|
| Jan 4, 2024 | Rented  RAPB-MIA 10922897 | $3,000 | — |
| Dec 20, 2023 | Pending  RAPB-MIA 10922897 | — | — |
| Dec 13, 2023 | Price Change  RAPB-MIA 10922897 | $4,950 | — |

View More ∨

## Schools near 11750 St Andrews Place, Unit 204

This home is within Palm Beach.

| Rating | School | Type | Grades | Distance |
|---|---|---|---|---|
| 9 /10 | Elbridge Gale Elementary School | Public · Serves this home | PK to 5 | 0.4 mi |
| 8 /10 | Polo Park Middle School | Public · Serves this home | 6 to 8 | 1.9 mi |
| 7 /10 | Wellington High School | Public · Serves this home | 9 to 12 | 2.2 mi |
| 8 /10 | Somerset Academy of the Arts | Charter · Choice school | K to 8 | 2.5 mi |

View More ∨

School ratings and boundaries are provided by GreatSchools.org and Pitney Bowes. This information does not constitute and is not intended to be a guarantee of accuracy. To verify enrollment eligibility for a property, contact the school directly.

[legal disclaimer text]


BEACHES MLS

**Company**
About Us
Team
Sales Leadership
Investors
Join as an agent
Careers
Contact Us
Offices
Newsroom

**Explore**
Concierge
Private Exclusives
Compass Coming Soon
Find an Agent
Mortgage Calculator
Compass Academy
Compass Cares
Diversity & Inclusion
Blog
Neighborhood Guides
New Development
Commercial
Sports & Entertainment
Military
External Suppliers Site
Market Research
Recently Sold Homes
Sitemap

**Mobile Apps**
📱 App Store
📱 Google Play

Do Not Sell or Share My Personal Information, Terms of Service, Privacy Center, Scam Avoidance, Responsible Disclosure, Compass is an X Verify phone number for California Applicants, California COVID-19 Notes of Entry and Your CA Privacy Rights

COMPASS, the Compass logo, and other various trademarks, logos, designs, and slogans are the registered and unregistered trademarks of Compass, Inc. dba Compass in the U.S. and/or other countries.

[legal disclaimer text]


COMPASS | City, Neighborhood, Address, School, ZIP, Agent, ID | Buy  Rent  Sell  Compass Exclusives ⌄  New Development  Agents ⌄  Register/Sign In

### 11750 St Andrews Place, Unit 204
**ST ANDREWS AT POLO CLUB**
Wellington, FL 33414

| $5,800 | 2 | 2 | 1,223 Sq. Ft. |
|---|---|---|---|
| Price | Beds | Baths | $57 / Sq. Ft. |

⭐ Save    📤 Share

Overview    Location    Property Info    Property History    Schools







‹ [thumbnails]  View All   Map   Street View

LISTING UPDATED: 09/27/2023 06:51 PM

| | |
|---|---|
| Status | Active |
| MLS # | RX-10922897 |
| Days on Market | 20 |
| Rental Incentives | No Fee |
| Available Date | 12/15/2023 |
| Lease Term | Seasonal |
| Furnished | - |
| Compass Type | Rental |
| MLS Type | Rental / Condo/Coop |
| Year Built | 2001 |
| Lot Size | 0.03 AC / 1,223 SF |
| County | Palm Beach County |

**Building**

🏢 **ST ANDREWS AT POLO CLUB**
22 Units | 3 Stories | Built in 2001

**Listing Agent**

**Beatriz La Grave Llaneza**
High Rise Prop Real Estate
beallaneza@highriseproperties.net
P: (561) 313-7725
M: (561) 313-7725

**CONTACT AGENT(S)**

| Name |
| Email |
| Phone |
| I would like more information about 11750 St Andrews Place, Unit 204. |

Beautiful furnished turnkey 2 bedroom 2 bath Condo in desirable Gated community of St Andrews. Very private and quite location, all tiled. Enjoy amazing resort style amenities inside the community (fitness room, pool, jacuzzi, tennis court, racquet court. Close to all equestrian facilities.

Listed by Beatriz La Grave Llaneza • High Rise Prop Real Estate

## Property Details for 11750 St Andrews Place, Unit 204



Photos · Map · Street View

View all photos

11750 St Andrews Place, Unit 204 | $5,800 | 2 Bed | 2 Baths | 1,223 SqFt

      

31 of 32

# 11750 St Andrews Place

Close 

## Photos

561-313-7725

**Send Message**









